UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| FELICIA JUSTICE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Civil No. 3:14-CV-06001-DWC<br><br><br>ORDER AMENDING THE<br>SCHEDULING ORDER |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including June 5, 2015, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including June 19, 2015, to file a reply brief.

DATED this 1st day of May 2015.

　　　　　　　　　　　　　　　　　　　／s／ David W. Christel
　　　　　　　　　　　　　　　　　　　David W. Christel
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Page 1      ORDER - [3:14-CV-06001-DWC]

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Presented by:

s/ Summer Stinson
SUMMER STINSON
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-3704
Fax:  (206) 615-2531
summer.stinson@ssa.gov